UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| ROBERT P. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Nos.   1:15-CV-59-HSM-SKL-1 |
| | ) | |
| CASEY STOKES, Judge Meigs County, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This civil matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Susan K. Lee on June 8, 2015 ("R&R") [Doc. 4]. In the R&R, Magistrate Judge Lee recommends dismissal of the complaint for failure to comply with Prison Litigation Reform Act ("PLRA") procedures outlined in 28 U.S.C. § 1915(a)(2) or remedy that deficiency within the period provided in the Court's April 2, 2015 order [Doc. 3].[1] There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After careful review of the matter, the Court is in agreement with Magistrate Judge Lee's recommendation, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 4]; the action is **DISMISSED**. The Clerk of Court is **DIRECTED** to mail a copy of this Order to Plaintiff and **CLOSE** the case.

---

[1]     Under the PLRA, any prisoner who files a complaint in a district court must tender the full filing fee or file (1) an application to proceed *in forma pauperis* without prepayment of fees and (2) a certified copy of his inmate trust account for the previous six-month period. 28 U.S.C. § 1915(a)(2). Plaintiff did neither and failed to remedy the deficiency within the period allowed.

**SO ORDERED.**

_/s/ Harry S. Mattice, Jr._
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE

2